44353. SCOTT et al. v. GEORGIA CASUALTY
& SURETY COMPANY et al.

EBERHARDT, Judge. This appeal was docketed in this court February 3, 1969. The enumeration of errors was not received until February 17, which is beyond the period of time in which it was required to be filed. As a result the appeal was not perfected as required by law and the motion to dismiss must be sustained. *Benfield v. State*, 224 Ga. 139 (160 SE2d 398); *Thomas v. State*, 118 Ga. App. 748 (165 SE2d 477).

*Appeal dismissed. Bell, P. J., and Deen, J., concur.*

SUBMITTED MARCH 4, 1969—DECIDED MARCH 13, 1969.

*Richard D. Phillips*, for appellants.
*Quillian & Quillian, Alfred A. Quillian*, for appellees.